United States District Court
Western District of Texas
El Paso Division

**FILED**
August 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JW_____
DEPUTY

United States of America,
    Plaintiff,

v.

Taylor A. Lee,
    Defendant.

CRIMINAL NO.: EP-25-M-04273-LE

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.    The Defendant was arrested for a violation of The Espionage Act, Title 18, United States Code, Section 794(a) – *Attempted to transmit National Defense Information to a foreign adversary* and Arms Export Control Act, Title 22, United States Code, Section 2278(b) – *Attempted to export controlled technical data without a license.*

2.    The Defendant is a United States Citizen but, presents a high risk of fleeing to avoid prosecution on this charge.

3.    The Defendant has a prior criminal history.

4.    There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

5. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
NATHAN BROWN
Assistant U.S. Attorney
Texas Bar #24044239
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884