AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

AUG 06 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Taylor A. Lee | ) Case No. EP-25-M-04273-LE | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Taylor A. Lee
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The Espionage Act, 18 U.S. Code Sec. 794(a): Attempted to transmit national defense information to a foreign adversary

Arms Export Control Act, 22 U.S.C. 2278(b): Attempted to export controlled technical data without a license

Date:  08/05/2025

*Issuing officer's signature*

City and state:    El Paso, Texas

Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08.05.25, and the person was arrested on *(date)* 08.06.25
at *(city and state)* EL PASO, TEXAS

Date: 08.06.25

*Arresting officer's signature*

I. WALLACE FLEENOR
*Printed name and title*