AO 436
(Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
**AUDIO RECORDING ORDER**

*Read Instructions.*

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS |
|---|---|---|
| Felix Valenzuela | (915) 209-2719 | felix@valenzuela-law.com |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 701 Magoffin Avenue | El Paso | Texas | 79901 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS |
|---|---|---|
| EP-25-MJ-4273-LE | USA v. Taylor Adam Lee | 10. FROM 8/11/2025    11. TO  8/11/2025 |

| 12. PRESIDING JUDGE | LOCATION OF PROCEEDINGS |
|---|---|
| Judge Laura Enriquez | 13. CITY El Paso    14. STATE Texas |

**15. ORDER FOR**

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| | PORTION (S) | DATE(S) | | PORTION(S) | DATE(S) |
|---|---|---|---|---|---|
| ☐ | VOIR DIRE | | ☐ | TESTIMONY *(Specify Witness)* | |
| ☐ | OPENING STATEMENT (Plaintiff) | | | | |
| ☐ | OPENING STATEMENT (Defendant) | | | | |
| ☐ | CLOSING ARGUMENT (Plaintiff) | | ☐ | PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ | CLOSING ARGUMENT (Defendant) | | | | |
| ☐ | OPINION OF COURT | | | | |
| ☐ | JURY INSTRUCTIONS | | ☒ | OTHER *(Specify)* | |
| ☐ | SENTENCING | | | Preliminary Hearing | 8/11/2025 |
| ☐ | BAIL HEARING | | | | |

**17. ORDER**

| | | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|---|
| ☐ | DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ | RECORDABLE COMPACT DISC - CD | | |
| ☒ | ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| | **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| /s/ Felix Valenzuela | 8/11/2025 |

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    ORDER RECEIPT    ORDER COPY